Glenn W. Peterson, Esq. (CA Bar Assn. No. 126173)
**MILLSTONE, PETERSON & WATTS, LLP**
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 780-8222
Fax No: (916) 780-8775

Peter M. de Jonge, Utah Bar No. 7185
Gordon K. Hill, Utah Bar No. 9361
Jed H. Hansen, Utah Bar No. 10679
**THORPE NORTH & WESTERN, L.L.P.**
8180 South 700 East, Suite 350
Sandy, Utah 84070-0562
Telephone: (801) 566-6633
Facsimile: (801) 566-0750

Mark M. Bettilyon (Utah Bar Assn. No. 4798)
**RAY QUINNEY & NEBEKER, PC**
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Fax No: (801) 532-7543

*Attorneys for Plaintiff CytoSport, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA,

| | |
|---|---|
| CYTOSPORT, INC., a California Corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FLORIDA HEALTH DYNAMICS, LLC, a Florida Limited Liability Company,<br><br>　　　Defendant. | Case No.: 1:08-CV-01857 AWI DLB<br><br>**ORDER CONTINUING INITIAL SCHEDULING CONFERENCE** |

/ / /

/ / /

1  By order dated December 4, 2008, this matter was set for an Initial Scheduling Conference to be heard on March 10, 2009 at 8:30 a.m.

The Court has been advised by plaintiff's counsel that a request for entry of defendant's default has been or will soon be filed. Accordingly, the Court now orders that the Initial Scheduling Conference be continued to June 2, 2009 at 9:00 a.m. in Courtroom 9. If joint scheduling remains an issue at that time, a joint scheduling report shall be filed no later than seven (7) days prior to the conference date.

SO ORDERED.

DATED: 5 March 2009

                                        __/s/ *Dennis L. Beck*_____

HON. DENNIS L. BECK,
MAGISTRATE JUDGE