| | |
|---|---|
| 1 | Glenn W. Peterson, Esq. (CA Bar Assn. No. 126173) |
| 2 | **MILLSTONE, PETERSON & WATTS, LLP**<br>2267 Lava Ridge Court, Suite 210 |
| 3 | Roseville, CA 95661 |
| | Telephone: (916) 780-8222 |
| 4 | Fax No: (916) 780-8775 |
| 5 | Peter M. de Jonge, Utah Bar No. 7185 |
| 6 | Gordon K. Hill, Utah Bar No. 9361 |
| | Jed H. Hansen, Utah Bar No. 10679 |
| 7 | **THORPE NORTH & WESTERN, L.L.P.**<br>8180 South 700 East, Suite 350 |
| 8 | Sandy, Utah 84070-0562 |
| | Telephone: (801) 566-6633 |
| 9 | Facsimile: (801) 566-0750 |
| 10 | Mark M. Bettilyon (Utah Bar Assn. No. 4798) |
| 11 | **RAY QUINNEY & NEBEKER, PC** |
| | 36 South State Street, Suite 1400 |
| 12 | Salt Lake City, Utah 84111 |
| 13 | Telephone: (801) 532-1500<br>Fax No: (801) 532-7543 |
| 14 | *Attorneys for Plaintiff*, CytoSport, Inc. |

FILED

AUG 0 7 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA,

(SACRAMENTO DIVISION)

| | |
|---|---|
| CYTOSPORT, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FLORIDA HEALTH DYNAMICS, LLC, a Florida Limited Liability Company,<br><br>Defendant. | Case No.: 1:08-CV-01857-AWI-DLB<br><br>**STIPULATED MOTION FOR ENTRY OF DISMISSAL** |

      Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff CytoSport, Inc. (hereinafter "CytoSport") and Defendant Florida Health Dynamics, LLC (hereinafter "FHD") hereby move this Court to enter the proposed ORDER OF DISMISSAL, which is included with this motion


MILLSTONE
PETERSON &
WATTS, LLP

as Exhibit A. CytoSport and FHD have entered into a Settlement Agreement concerning the captioned matter. Pursuant to the Settlement Agreement, the parties have stipulated to the entry of the attached ORDER OF DISMISSAL and respectfully request that the Court enter same.

DATED: August 5, 2009

Peter M. de Jonge
Gordon K. Hill
Jed H. Hansen
**THORPE NORTH & WESTERN, L.L.P.**

-and-

Mark M. Bettilyon
**RAY QUINNEY & NEBEKER P.C.**

-and-

**MILLSTONE, PETERSON & WATTS, LLP**
*Attorneys at Law*

By: _____/s/ Glenn W. Peterson_____
       GLENN W. PETERSON

Attorneys for Plaintiff CytoSport, Inc.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.
**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
/s/ Glenn W. Peterson

DATED: July ___, 2009

**FLORIDA HEALTH DYNAMICS, LLC**

By: _____SIGNATURE ON FOLLOWING PAGE_____
       JAMES D. CULLEN

Attorney for Defendant
Florida Health Dynamics, LLC

STIPULATED MOTION FOR ENTRY OF DISMISSAL

captioned matter. Pursuant to the Settlement Agreement, the parties have stipulated to the entry of the attached ORDER OF DISMISSAL and respectfully request that the Court enter same.

DATED: July ___, 2009

Peter M. de Jonge
Gordon K. Hill
Jed H. Hansen
**THORPE NORTH & WESTERN, L.L.P.**

-and-

Mark M. Bettilyon
**RAY QUINNEY & NEBEKER P.C.**

-and-

**MILLSTONE, PETERSON & WATTS, LLP**
*Attorneys at Law*

By:     /s/ Glenn W. Peterson
         GLENN W. PETERSON

Attorneys for Plaintiff CytoSport, Inc.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.
**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
/s/ Glenn W. Peterson

DATED: July 27, 2009

**FLORIDA HEALTH DYNAMICS, LLC**

By:     [signature]
         JAMES D. CULLEN

Attorney for Defendant
Florida Health Dynamics, LLC

It is so Ordered. Dated: 8-7-09

[signature]
United States District Judge

2
STIPULATED MOTION FOR ENTRY OF DISMISSAL